WO                                                                                                                               **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Victor Palomino, | ) | CV 01-2046-PHX-PGR |
| Petitioner | ) | |
| vs. | ) | ORDER |
| Terry Stewart, et al. | ) | |
| Respondents. | ) | |
| _____ | ) | |

On February 12, 2003, this Court adopted the Report and Recommendation of Magistrate Lawrence O. Anderson, and dismissed the Petitioner's Amended Petition for Writ of Habeas Corpus thereby terminating the case (Doc. 15). Judgment was entered the same day.

On April 23, 2003, this Court granted the Petitioner's Motion to Set Aside Judgment and reopened the case. The Clerk of Court was also ordered to provide the Petitioner with a copy of the Magistrate's Report and Recommendation (Doc. 14). The Petitioner was ordered to file his objections to the Report and Recommendation on or before June 9, 2003. The Court received those objections on May 15, 2003.

The Court having reviewed de novo the Report and Recommendation (Doc. 14) of Magistrate Judge Anderson, entered on October 1, 2002, in light of the Petitioner's objections to the Report and Recommendation, and the Court finding that the Petitioner's objections do not have any merit,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 14)** is again ACCEPTED and ADOPTED by the Court.   IT IS FURTHER ORDERED that Petitioner's Amended Petition for Writ of Habeas Corpus **(Doc. 5)** is DENIED. The Clerk of the Court is directed to enter judgment accordingly.

DATED this 31st day of January, 2007.

Paul G. Rosenblatt
United States District Judge